JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKMAN LEGAL GROUP, | CV 10-7339 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| DEPARTMENT OF HEALTH CARE SERVICES, CENTER FOR MEDICAID SERVICES, ET AL. | |
| Defendants. | |

Pursuant to the Court's August 8, 2011 Minute Order granting the Motion for Summary Judgment filed by defendant Kathleen Sebelius, Secretary of the United States Department of Health and Human Services (the "Secretary"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Secretary shall have judgment in its favor in the amount of $65,108.80.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Richard Velez take nothing and Plaintiff shall have its costs of suit, in the amount of $415.00, from the interpleaded funds. Plaintiff is discharged from any potential liability to Defendants on any claim pertaining to the distribution of the interpleaded funds.

IT IS SO ORDERED.

DATED: August 8, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE